THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN PINKSTON, Appellant. [833 NYS2d 421]—Judgment, Supreme Court, New York County (John Cataldo, J.), rendered on or about July 28, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Mazzarelli, Sullivan, Nardelli and Buckley, JJ.